DOMINICK SGRITTA v. HERTZ CONSTRUCTION COMPANY ET AL.

MALTBIE, C. J., HINMAN, AVERY, BROWN and JENNINGS, JS.

Argued January 4th—decided February 1st, 1938.

*John F. Keating,* for the appellants (defendants).

*Frank J. DiSesa,* for the appellee (plaintiff).

PER CURIAM. The memorandum of decision of the trial court accurately and fully presents the case as it appears upon the record before us, and the judgment is affirmed upon that opinion.

There is no error.